# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |

|  |  |
|---|---|
| Case No: | 25-cr-251-4 (KMM/SGE) |
| Date: | 03/30/2026 |
| Court Reporter: | Paula Richter |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Time Commenced: | 1:05 p.m. |
| Time Concluded: | 1:36 p.m. |
| Time in Court: | Minutes |

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DAMEON MARKESE COLLINS (4),

    Defendant.

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:  William Mattessich, Assistant United States Attorney
  For Defendant: Matthew Deates X FPD

PROCEEDINGS:

X **Change of Plea Hearing.**

X PLEA:
  X Guilty as to Count 1 of the Superseding Indictment. Government will dismiss remaining counts upon imposition of sentence.

X Presentence Investigation and Report requested.

X Defendant remains in the custody of the U.S. Marshal.

                   <u>  s/*AJS*</u>
                   Courtroom Deputy

                          Form Modified: 04/2013